**TRAVIS A. GAGNIER**
ATTORNEY AT LAW
33507 NINTH AVENUE SOUTH, BLDG. F
FEDERAL WAY, WA 98003
**253-941-0234 (Main)**
www.bestbk.com

SEATTLE OFFICE
1420 Fifth Avevue, Suite 2200
Seattle, WA 98101
206-622-0123

SOUTHCENTER OFFICE
14900 Interurban Avenue S., Suite 271
Seattle, WA 98168
253-852-8114

April 19, 2019

Case #: 19-10010
Re: Kwang & Yong Chong

## Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/05/2018 | TAG | Initial meeting with client. Client was previously in a couple of years ago. Looked and notes and received updated information. | 410.00 | 0.60 | 246.00 |
| 12/06/2018 | SM | Intake meeting with client, going over paperwork, assisting with questions on forms and of clients. | 180.00 | 1.10 | 198.00 |
| | SM | Begin preparation of petition, plan and schedules. | 180.00 | 0.40 | 72.00 |
| | SM | Prepared list for clients of documents and information we still need from them, deadline for same and instructions on how to get the information to us. | 180.00 | 0.10 | 18.00 |
| | TAG | Work on case for clients re: four cars in the plan (said they had one), estimating payments and calls w/ them re: options. | 410.00 | 0.70 | 287.00 |
| 12/07/2018 | JR | Prepared plan for TAG's meeting | 180.00 | 0.90 | 162.00 |
| | JR | Prepared quit claim for TAG's meeting | 180.00 | 0.40 | 72.00 |
| | TAG | Meeting with client going over pw for filing, quit claim to get house back in their name (mortgage are in their names, have been, they live in the house), going over questions, etc. | 410.00 | 1.00 | 410.00 |
| 12/18/2018 | TAG | Cont work on case re: deeding back the house prior to filing, contact GJ re: recording, letting us know re: same. | 410.00 | 0.30 | 123.00 |
| 12/19/2018 | TAG | Revisions to plan, reviewed again with clients re: payments, getting filed as soon as deed is recorded. Conf w/ JR re: same. | 410.00 | 0.50 | 205.00 |
| 12/28/2018 | GJ | Review quit claim deed; obtain and complete real estate excise tax form and Wn State Recorders Cover Sheet | 410.00 | 0.30 | 123.00 |
| 01/08/2019 | TAG | Cont work on deed, research re: gift exemption to transfer tax. Prep form for clients re: same. | 420.00 | 0.40 | 168.00 |
| 01/11/2019 | GJ | Record quit claim deed at King County recorder's office | 420.00 | 0.40 | 168.00 |
| | TAG | Review of e-petition w/ clients prior to filing, went over plan and questions. Notes to para re: e-filing stopping repos. List again w/ clients re: info we need to completion the filing now that we have the RE issue resolved. | 420.00 | 0.60 | 252.00 |
| 01/14/2019 | JR | Finalized emergency case filing to stop pending lawsuit, reviewed Schedule F to ensure all creditors clients provided are listed per TAG Instructions. Review of disclosure statements in order to file case and obtain a case number. File case with court. | 185.00 | 0.70 | 129.50 |
| | JR | Researched pending lawsuit. Notified Attorney Jameson of filed bankruptcy, stopping lawsuit. | 185.00 | 0.80 | 148.00 |

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
|  | HM | Prepared letter to client re: filing case and approximate plan payment amount. | 135.00 | 0.30 | 40.50 |
| 01/15/2019 | HM | Prepared letter to client re: 341 meeting with map and other instructions. | 135.00 |  | 0.00 |
|  | TAG | Review and sign initial letters/instructions to clients RE: payments, court dates. Check status regarding stayed actions. | 420.00 | 0.30 | 126.00 |
|  | JR | Work on trustee information sheet, assembling same for review by attorney prior to upload to trustee. Noted items of interest for TAG to review. | 185.00 | 0.50 | 92.50 |
| 01/18/2019 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Discover | 420.00 | 0.10 | 42.00 |
| 01/21/2019 | TAG | Work on means, budget and schedules for completion review. Lots going on w/ business, many vehicles. | 420.00 | 0.50 | 210.00 |
| 01/24/2019 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: T Mobile | 420.00 | 0.10 | 42.00 |
| 01/28/2019 | JR | Continued work on schedules, plan and statements for filing of the balance of same with court by the deadline. | 185.00 | 1.40 | 259.00 |
|  | TAG | Revised plan, schedules and budget to drop a couple of vehicles, business info. | 420.00 | 0.40 | 168.00 |
| 01/29/2019 | SH | Telephone call with client - LVM re: items needed. | 135.00 |  | 0.00 |
|  | TAG | Review meeting w/ clients re: plan, schedules, budget and means test. | 420.00 | 0.50 | 210.00 |
|  | TAG | Revised for final versions of plan, budget. Notes to para re: same, finalizing and filing completion. | 420.00 | 0.50 | 210.00 |
|  | CB | Finalized plan, schedules per TAG instructions.  Filed completion documents with court. Instructions to HM re: letters to clients. | 185.00 | 0.50 | 92.50 |
| 01/30/2019 | HM | Prepare completion letter and send to client with final plan payment amount, and terms of plan. | 135.00 | 0.20 | 27.00 |
|  | HM | Prepare and file declaration of mailing.  Mail notice to all creditors on the mailing matrix. | 135.00 |  | 0.00 |
|  | TAG | Review and approve TIS | 420.00 | 0.25 | 105.00 |
|  | TAG | Review of completion notes. Reviewed, revised and signed initial letters/instructions to clients re: payments, court dates and follow-up items. | 420.00 | 0.20 | 84.00 |
| 02/07/2019 | SH | Telephone call with client - LVM re: additional info needed | 135.00 |  | 0.00 |
|  | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Key Bank- secured | 420.00 | 0.10 | 42.00 |
| 02/08/2019 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Amex | 420.00 | 0.10 | 42.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|

Kwang & Yong Chong  
Account No.   2100.00

Statement Date: 04/19/2019  
Statement No.   25312  
Page No.   3

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/19/2019 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Hyundai-secured- 2 claims | 420.00 | 0.10 | 42.00 |
| 02/20/2019 | SH | Call client to remind them of the upcoming 341 meeting. | 135.00 |  | 0.00 |
| 02/21/2019 | GJ | Review files; review trustee website; review filed claims; prepare 341 Report | 420.00 | 0.50 | 210.00 |
|  | GJ | Draft Notice of Hearing, Objection to Claim; Proof of Service and Proposed Order re Hyundai America Claim #6; Draft Declaration in Support of Objection | 420.00 | 0.50 | 210.00 |
| 02/22/2019 | TAG | Review of case for upcoming 341 meeting. Review 341 report; notes for meeting/discussion with client. Instructions to staff re: file prep. | 420.00 | 0.30 | 126.00 |
|  | CB | Work on file prep for hearing.  Gathered documents needed for 341 meeting.  Check on TIS documents. | 185.00 | 0.30 | 55.50 |
| 02/25/2019 | TAG | Met with clients re: 341 meeting questions and concerns. Represented at meeting of creditors. 7am - 12pm, 6 on. | 420.00 | 0.80 | 336.00 |
|  | TAG | Notes to file re: 341 meeting, next steps for confirmation. Instructions to para re: amending plan to pay Key arrears, bank stmts and dec on contribs by children. Prepared amended Sch C. | 420.00 | 0.50 | 210.00 |
| 02/28/2019 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Amex | 420.00 | 0.10 | 42.00 |
| 03/05/2019 | JR | Worked on confirmation issues.  Prepared amended plan and declaration for children to sign.  Fwd to TAG. | 185.00 | 0.80 | 148.00 |
|  | TAG | Work on confirmation issues. Revised amended plan. Will need motion to confirm it. Notes to para re: f/u on dec from kids (reviewed same), bank stmts. | 420.00 | 0.40 | 168.00 |
| 03/08/2019 | JR | Worked on confirmation issues, provided the requested documents to the Trustee. | 185.00 | 0.30 | 55.50 |
| 03/11/2019 | JR | Prepared motion, dec and order to confirm 1st amended plan. | 185.00 | 0.60 | 111.00 |
|  | TAG | Review, revise and finalize motion and dec re: confirmation. | 420.00 | 0.20 | 84.00 |
| 03/19/2019 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: JPMorgan- secured | 420.00 | 0.10 | 42.00 |
| 03/21/2019 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Connexus CU-secured | 420.00 | 0.10 | 42.00 |
|  | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Citibank | 420.00 | 0.10 | 42.00 |

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 03/26/2019 | GJ | Time period for unsecured creditors to have filed proof of claims has passed; review file; review trustee website; prepare feasibility report. | 420.00 | 0.35 | 147.00 |
| 03/29/2019 | TAG | Review of feasibility report from GJ. Notes to para on case re: same, f/u items. | 420.00 | 0.10 | 42.00 |
| 04/01/2019 | JR | Work on confirmation issues. Reviewed and rrepared response to Trustee Motion to Dismiss. | 185.00 | 0.50 | 92.50 |
| 04/03/2019 | TAG | Review of case, notes. Finalized response to MTD (case should confirm). | 420.00 | 0.25 | 105.00 |
|  | JR | Review IRS proof of claim.  Need 2014 personal taxes and 2013-2018 FICA returns. Notes to file, atty. Contacted IRS. | 185.00 | 0.30 | 55.50 |
| 04/05/2019 | SH | Review of docket for responses. Docketed Declaration of No Objections with the court. Reviewed final order, lodged for entry - order re: Obj. # 6 - Hyundai. | 135.00 | 0.10 | 13.50 |
|  | SH | Review of docket for responses. Docketed Declaration of No Objections with the court. Reviewed final order, lodged for entry - order re: Obj. #8 - Amex. | 135.00 | 0.10 | 13.50 |
|  | SH | Review of docket for responses. Docketed Declaration of No Objections with the court. Reviewed final order, lodged for entry - order re: Motion to Confirm. | 135.00 | 0.10 | 13.50 |
| 04/11/2019 | SH | Prepared letter to client re: case being confirmed, next steps and advised client to get financial management course completed. | 135.00 |  | 0.00 |
| 04/14/2019 | GJ | Draft Notice of Hearing, Objection to Claim; Proof of Service and Proposed Order re  HCA claim 7; calculate figures and draft Declaration in Support of Claim Objection | 420.00 | 0.50 | 210.00 |
| 04/16/2019 | SM | Discussion with client who stopped by office unannounced re: case.  Client received document from a creditor and were alarmed.  Answered many questions regarding case and creditors on their bankruptcy. | 185.00 | 0.30 | 55.50 |
| 04/17/2019 | CB | Prepare fee itemization from beginning of case to date.  Forward Motion to TAG for review. | 185.00 | 0.90 | 166.50 |
| 04/19/2019 | TAG | Review Motion for Original Approval of Professional Fees.  Finalize and return to CB for filing w/ the court. | 420.00 | 0.40 | 168.00 |
|  |  | For Current Services Rendered |  | 24.75 | 7,580.50 |

Recapitulation

| Title | Hours | Rate | Total |
|---|---|---|---|
| Senior Attorney -TAG | 3.10 | $410.00 | $1,271.00 |
| Senior Attorney -TAG | 6.60 | 420.00 | 2,772.00 |
| Of Counsel - GJ | 0.30 | 410.00 | 123.00 |
| Of Counsel - GJ | 3.15 | 420.00 | 1,323.00 |
| Sr. Paralegal | 2.90 | 180.00 | 522.00 |

| Title | Hours | Rate | Total |
|---|---|---|---|
| Sr. Paralegal | 7.90 | 185.00 | 1,461.50 |
| Jr. Paralegal | 0.80 | 135.00 | 108.00 |

## Expenses

| Date | Description | Amount |
|---|---|---|
| 01/02/2019 | Postage re: FedEx Deed re: house, daughter. | 26.73 |
| 01/10/2019 | Postage re: FedEx gift-tax affidavit re: house, daughter. | 27.78 |
| 01/11/2019 | Filing fee - deed of trust recording | 110.00 |
| 01/11/2019 | Parking King County Recorder's office | 7.50 |
| 01/30/2019 | Postage re: full ntc mailings - Chapter 13 Plan and 341 Court Notice - 44 units. | 24.20 |
| 01/30/2019 | Copies re: full ntc mailings - Chapter 13 Plan and 341 Court Notice - 44 units. | 22.00 |
| 02/21/2019 | Postage re: POC #6 Obj | 2.20 |
| 02/27/2019 | Postage re: full ntc mailings - Amended Schedule C - 46 units. | 25.30 |
| 02/27/2019 | Copies re: full ntc mailings - Amended Schedule C - 46 units. | 13.80 |
| 03/01/2019 | Postage re POC Obj | 4.05 |
| 03/12/2019 | Postage re: full ntc mailings - Motion Confirm 1st Amended Plan - 46 units. | 25.30 |
| 03/12/2019 | Copies re: full ntc mailings - Motion Confirm 1st Amended Plan - 46 units. | 32.20 |
| 04/14/2019 | Postage re: POC Obj | 1.10 |
| 04/19/2019 | Copies re: full ntc mailings - Motion for Attorney Fees and Costs - 48 units. | 14.40 |
| 04/19/2019 | Postage re: full ntc mailings - Motion for Attorney Fees and Costs - 48 units. | 26.40 |
| | Total Expenses | 362.96 |
| | Total Current Work | 7,943.46 |
| | Balance Due | $7,943.46 |
| | Please Remit | $7,943.46 |